IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30025
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT HOLMES, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CR-20097-ALL
--------------------

September 30, 1999

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Albert Holmes, Jr. has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Although notified of his right to file a response, Holmes has not done so. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. See id. Accordingly, counsel's motion for leave to withdraw is GRANTED,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.